UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                          Case No. 19-44610-PJS

ADRIENNE N. MACKIE,                Chapter 13

             Debtor(s).                       Honorable Phillip J. Shefferly
_____/

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor(s) has failed to file a tax return for income taxes for tax period(s) 2016 and 2017 as required by 11 USC 1308 and/or MCL 206.1 et seq. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a Motion to either Convert or Dismiss the case.

**I. SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

                     Michigan Department of Attorney General
                          SCFRA & Collections Division
                           Cadillac Place, Ste 10-200
                              3030 W. Grand Blvd
                                Detroit, MI 48202
                                Attn: Moe Freedman
                                    **OR**
                        Via email: FreedmanM1@michigan.gov

Attach all supporting documentation including any required copies of Michigan Schedules, Federal Returns, 1099, and W-2 Statements. If you have already filed the required return(s), submit a copy to the above-designated Assistant Attorney General. For questions, call (313) 456-0140.

## II. IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:

W-2 or 1099--Contact your EMPLOYER(S)
IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or
800-829-1040
IRS WEBSITE: www.irs.gov

Respectfully submitted,

DANA NESSEL
Attorney General

/s/ Moe Freedman
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated: May 15, 2019